UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST<br><br>　　　　Plaintiff<br><br>v.<br><br>ALAN J. STEVENS AND M. MURPHY STEVENS<br><br>　　　　Defendants | Civil No.: 2:19-cv-00130-JAW |

**CONSENT JUDGMENT OF FORECLOSURE AND SALE**

**Address:  26 Pocahontas Trail, Boothbay, ME 04544
Mortgage:  September 23, 2005, Book: 3560, Page:6**

Now comes the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, and the Defendants, Alan J. Stevens and M. Murphy Stevens, by and through their undersigned counsel, and hereby submit this Consent Judgment of Foreclosure and Sale.

**JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($569,685.46) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.  The following is a

breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $336,381.54 |
| Interest | $191,734.56 |
| Late Charges | $4,178.31 |
| Escrow Advances | $33,670.66 |
| Total Advances | $3,516.55 |
| Deferred Amounts | $203.84 |
| **Grand Total** | **$569,685.46** |

2. If the Defendants or their heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($569,685.46) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Boothbay Property shall terminate, U.S. Bank shall conduct a public sale of the Boothbay Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $569,685.46 after deducting the expenses of the sale, with any surplus to the Defendants or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $569,685.46.

5. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $569,685.46, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendants who have second priority.

6. The prejudgment interest rate is 5.50000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Alan J. Stevens<br>1542 Stickney Point Road, Apt. 502<br>Sarasota, FL 34231 | Peter L. Hatem, Esq.<br>258 U.S. Route One<br>Scarborough, ME 04074 |
|  | M. Murphy Stevens<br>1542 Stickney Point Road, Apt. 502<br>Sarasota, FL 34231 | Peter L. Hatem, Esq.<br>258 U.S. Route One<br>Scarborough, ME 04074 |

a) The docket number of this case is No. 2:19-cv-00130-JAW.

b) The Defendants, the only parties to these proceedings besides U.S. Bank, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 26 Pocahontas Trail, Boothbay, ME 04544, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 26 Pocahontas Trail, Boothbay, ME 04544. The Mortgage was executed by the Defendants on September 23, 2005. The book and page number of the Mortgage in the Lincoln County Registry of Deeds is Book 3560, Page 6.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 26 Pocahontas Trail, Boothbay, ME 04544.

Dated: March 6, 2020

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Dated: March 6 2020

/s/Peter L. Hatem, Esq.
Peter L. Hatem, Esq.
Attorney for Defendants, Alan J. Stevens and
M. Murphy Stevens
258 U.S. Route One
Scarborough, ME 04074

**SO ORDERED**

DATED THIS 10th DAY OF MARCH, 2020

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
U.S. DISTRICT JUDGE
